J-S11025-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| ERNEST R. WHOLAVER | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| DAUPHIN COUNTY PRISON, WARDEN DEROSE, DETECTIVE WALBURN, JANE AND JOHN DOE | |
| Appellant | No. 888 MDA 2014 |

Appeal from the Order Entered April 16, 2014
In the Court of Common Pleas of Dauphin County
Criminal Division at No(s): CP-22-MD-0001682-2013

BEFORE:  PANELLA, J., OTT, J., and MUSMANNO, J.

MEMORANDUM BY OTT, J.:                    **FILED MAY 01, 2015**

Ernest R. Wholaver appeals from the order entered on April 16, 2014, in the Court of Common Pleas of Dauphin County, denying his motion for leave to file an appeal *nunc pro tunc*.  After a thorough review of the submissions by the parties, relevant law, and the certified record, we affirm.

By way of background, Wholaver filed a private criminal complaint alleging that on or about September 2, 2013, while incarcerated in the Dauphin County Prison, he was severely assaulted by several other inmates at the direction of prison officials.[1]  The allegations in the complaint were

_____

[1] Wholaver believes he was targeted by the other prisoners and prison officials because he is facing three death sentences, having been convicted of crimes against his wife and two daughters.

subsequently investigated by Dauphin County Deputy District Attorney Kristyne Sharpe. She concluded the allegations were false and/or unprovable and declined prosecution. Wholaver sought a review of that decision by the Court of Common Pleas, pursuant to Pa.R.Crim.P. 506(B)(2). On January 23, 2014, the Honorable John F. Cherry determined the refusal to prosecute was justified and denied Wholaver relief. Wholaver did not appeal the January 23, 2014 order.

However, on April 2, 2014, Wholaver filed a petition for allowance of appeal the January 23, 2014 order *nunc pro tunc*. Therein, Wholaver claimed, in part, that he attempted to file the appeal previously, but filed it with the wrong court.[2] On April 16, 2014, the trial court denied Wholaver's petition, stating it would "not extend time for a claim which lacks merit." ***See*** Order, 4/16/2014. Wholaver then filed a timely appeal from the April 16, 2014 order denying him permission to appeal the January 23, 2014 order *nunc pro tunc*.

In his appellant's brief, Wholaver has provided no argument as to why the trial court erred in denying his petition for *nunc pro tunc* relief. Rather, Wholaver has provided arguments substantively addressing issues relevant to the January 23, 2014 order. Such issues are not before this Court. Wholaver also argues Judge Cherry should have recused himself due to his

---

[2] Wholaver provided no support for this claim.

bias against him. Wholaver claims Judge Cherry has ruled against him in four other cases, thereby demonstrating his inability to rule fairly. However, Wholaver never raised this issue before the trial court and therefore the claim has been waived. *See* Pa.R.A.P. 302(a); ***Commonwealth v. Tejada***, 107 A.3d 788, 797 (Pa. Super. 2015) (citation omitted) (issues not raised in the lower court are waived and cannot be raised for the first time on appeal).

Because Wholaver has presented no argument regarding the order appealed from, we have nothing to review. Accordingly, we affirm the order of April 16, 2014, denying Wholaver permission to appeal *nunc pro tunc*.[3]

Order affirmed.

Judgment Entered.

_Joseph D. Seletyn, Esq._
Joseph D. Seletyn, Esq.
Prothonotary

Date: 5/1/2015

---

[3] The trial court addressed Wholaver's claims in its original memorandum opinion attached to the January 23, 2014 order. We have reviewed the entire record of this matter and are in agreement with the trial court that Wholaver would not be entitled to relief even if we addressed his claims regarding the January 23, 2014 order.